# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

| | | |
|---|---|---|
| HAROLD PENNINGTON AND NANCY PENNINGTON, HUSBAND AND WIFE | : | No. 69 EM 2017 |
| | : | |
| | : | |
| | : | |
| v. | : | |
| | : | |
| | : | |
| UNITED STATES STEEL CORPORATION | : | |
| | : | |
| | : | |
| PETITION OF: FORD MOTOR COMPANY | : | |

## ORDER

**PER CURIAM**

    **AND NOW**, this 13th day of July, 2017, the Petition for Review is **DENIED**.